HOUSING, INC. v. WEAVER

No. 326 PC.

No. 161 (Fall Term)

Case below: 52 N.C. App. 662.

Petition by plaintiffs for rehearing allowed, and order dated 3 November 1981 denying petition for discretionary review is rescinded. Petition by plaintiff for discretionary review is now allowed by order of the Court 1 December 1981.

IN RE SAVINGS AND LOAN ASSOC.

No. 10 PC.

Case below: 53 N.C. App. 326.

Petition by several loan associations for discretionary review under G.S. 7A-31 denied 1 December. 1981.

QUICK v. QUICK

No. 344 PC.

No. 163 (Fall Term).

Case below: 53 N.C. App. 248.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 1 December 1981.

RHEINBERG-KELLEREI GMBH v. VINEYARD WINE CO.

No. 77 PC.

Case below: 53 N.C. App. 560.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 1 December 1981.